# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTHONY P. DANIELS,

    Plaintiff,

  -vs-            Case No. 13-CV-1215

DIVISION OF NURSE ASSOCIATION,

    Defendant.

# DECISION AND ORDER

On April 22, 2014, the Court screened the complaint under 28 U.S.C. § 1915A and determined that, while the plaintiff's allegations implicate his rights under the Eighth Amendment, the Division of Nurse Association is not a suable defendant. Accordingly, the Court directed the plaintiff to file an amended complaint naming either Kenosha County or individual Kenosha County Detention staff members by May 19, 2014. The plaintiff was advised that failure to file an amended complaint within this period might result in dismissal of this action.

The plaintiff has not filed an amended complaint. The Court therefore infers that he no longer wishes to prosecute this action and the case will be dimissed pursuant to Civil L.R. 41(c) (E.D. Wis.).

**IT IS THEREFORE ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 10th day of June, 2014.

**SO ORDERED,**

*[signature]*

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**